The trial court found the oral agreement controlling, superseding the applicable paragraph 5(b). The court therefore entered judgment for Defendant in the amount of $10,433.90.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. Judgment is affirmed in accordance with Rule 84.16(b).

**John R. MISKO and Insurance Engineers, Inc., Appellants,**

v.

**Andrew WATSON, Respondent.**

No. 59962.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 17, 1991.

Robert A. Wulff, St. Louis, for appellants.

Hiram W. Watkins, Jr., Clayton, for respondent.

**ORDER**

PER CURIAM.

Plaintiff appeals the trial court's finding against Plaintiff on his cause of action for breach of a sales agreement and for Defendant on his counterclaim.

At issue is the correct purchase price for Plaintiff's Book of Insurance Business. The agreement executed by the parties provided for two different purchase prices under different factual situations. Defendant also presented evidence of an oral agreement between the parties which amended the contract.

**Solomon HINES, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

No. 59961.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 17, 1991.

David C. Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

**ORDER**

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting

forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).